USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/28/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LIGHTHOUSE FINANCIAL GROUP, Individually, and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,

Defendants.

---------------------------------------------------------------X

11 **CIVIL** 0398 (GBD)

# JUDGMENT

The Royal Bank of Scotland Group, PLC ("RBS") and seventeen current and former directors of RBS (the "Individual Defendants") having moved to dismiss the Consolidated Amended Complaint for failure to state a claim under pursuant to Fed. R. Civ. P. 12(b)(6), and under the forum non conveniens doctrine; Plaintiffs having moved to strike certain materials from Defendants' motion to dismiss, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 28, 2012, having rendered its Memorandum Decision and Order granting the RBS's and the individual Defendants' motions to dismiss for failure to state a claim under Rule 12(b)(6), and denying Plaintiffs' motion to strike, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 27, 2012, RBS's and the individual Defendants' motions to dismiss for failure to state a claim under Rule 12(b)(6) are granted; Granting these motions renders Defendants' motion to dismiss under the forum non conveniens doctrine moot; Plaintiffs' motion to strike is denied; accordingly, the case is closed.

**Dated:** New York, New York
September 28, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ____________

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ____________